# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACOB FAY LUKE, SR.

NO. 2021 KW 0472

MAY 6, 2021

---

In Re:     Jacob Fay Luke, Sr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 794927, 794928, 794929, 795699, 805338, 814515.

---

**BEFORE:     McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.** See **State v. Thibodeaux,** 2017-0705 (La. 12/6/17), 236 So.3d 1253 (per curiam).

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT